BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADELE MARIE MCCULLOCH** <br> **xxx-xx-xxx** <br><br><br><br><br> **Plaintiff,** <br><br> **v.** <br><br> **CAROLYN W. COLVIN** <br> **Acting Commissioner of Social Security** <br> **of the United States of America,** <br><br> **Defendant.** | **Case No.  12-cv-02329-EFB** <br><br><br> **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION** |

        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

Plaintiff's time to file her summary judgment motion is hereby extended from March 28, 2013, to

April 12, 2013.   This is plaintiff's  first requested extension and is required to accommodate her

attorney's briefing schedule and vacation.   This is Plaintiff's first requested extension on this case.

/ / / /

/ / / /

/ / / /

/ / / /

1

1  Dated: March 28, 2013                    */s/Bess M. Brewer*
2                                           BESS M. BREWER
                                            Attorney at Law
3                                           Attorney for Plaintiff
4
5  Dated: March 28, 2013                    Benjamin B. Wagner
6                                           United States Attorney
                                            Donna L. Calvert
7                                           Acting Regional Chief Counsel, Region IX
8                                           Social Security Administration
9
                                            /s/ Theophous Reagans,_____
10                                          ARMAND ROTH
11
                                            Special Assistant United States Attorney
12                                          Attorneys for Defendant
13

14                                    **ORDER**

15  APPROVED AND SO ORDERED.
16
17  DATED:  April 1, 2013.
18                                          EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28

2