IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADELE MARIE McCULLOCH,

      Plaintiff,                    No. 2:12-cv-2329 EFB

      vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.                ORDER TO SHOW CAUSE

      This case is before the undersigned pursuant to the consent of the parties. *See* 28 U.S.C. § 636(c). Pursuant to the court's scheduling order, plaintiff was required to file her motion for summary judgment on March 28, 2013. Dckt. No. 5. On April 1, 2013, the court approved the parties' stipulation to extend plaintiff's time to file her motion to April 12, 2013. Dckt. No. 16. As of the date of this order, plaintiff has not filed her motion for summary judgment.

      Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff shall show cause, in writing, no later than May 3, 2013, why sanctions should not be imposed for her failure to timely file her motion for summary judgment; and

      2. Plaintiff shall file her motion for summary judgment no later than May 3, 2013.

DATED: April 19, 2013.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE