BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8938
Facsimile: (415) 744-0134
E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ADELE MARIE MCCULLOCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN COLVIN, Acting ) <br> Commissioner of Social Security ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 2:12-CV-02329-EFB <br><br> STIPULATION FOR EXTENSION OF TIME |

MOTION

Defendant respectfully requests that the Court permit Defendant to file her Response to Plaintiff's Summary Judgment on July 19, 2013. Defendant's Response to Plaintiff's Summary Judgment Motion was due June 3, 2013. Unfortunately, Defendant's counsel has been out of the office during the last 3 weeks attending to a critically ill sibling and consequently needs additional time to review the case and prepare a response. Counsel apologizes to the Court for his delay in filing the Commissioner's Summary Judgment Motion.

///

///

Dated: June 3, 2013

*Bess M. Brewer*
*(As authorized via telephone on June 3, 2013)*
BESS M. BREWER
Attorney for Plaintiff

Dated: June 3, 2013

BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

O R D E R

APPROVED AND SO ORDERED.

Dated: June 4, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE