1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Regional Chief Counsel
3  Social Security Administration
   THEOPHOUS H. REAGANS, CSBN 189450
4  Special Assistant United States Attorney
   Social Security Administration
5

6        Office of the General Counsel
         160 Spear St Ste 800
7        San Francisco, CA  94105
         Telephone: (415) 977-8938
8        Facsimile: (415) 744-0134
         Email: theophous.reagans@ssa.gov
9

10 Attorneys for Defendant

11                     UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA
13

14 | ADELE MARIE MCCULLOCH, | ) No. 12-CV-02329-EFB |
   |---|---|
15 |                         | ) |
   | Plaintiff,              | ) STIPULATION AND PROPOSED ORDER |
16 |                         | ) SETTLING ATTORNEY'S FEES |
   | v.                      | ) PURSUANT TO THE EQUAL ACCESS TO |
17 |                         | ) JUSTICE ACT, 28 U.S.C. § 2412(d) |
   | CAROLYN W. COLVIN, Acting | ) |
18 | Commissioner of Social Security, | ) |
   |                         | ) |
19 |                         | ) |
   | Defendant.              | ) |
20 |                         | ) |
21

22

23     IT IS HEREBY STIPULATED by and between the parties through their undersigned

24 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

25 Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND

26 DOLLARS ($4,000.00).  This amount represents compensation for all legal services rendered on

27 behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C.

28 § 2412(d).

1   After the Court issues an order for EAJA fees, expenses and costs to Plaintiff, The
2  government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and
3  costs to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to
4  honor the assignment will depend on whether the fees, expenses and costs are subject to any
5  offset allowed under the United States Department of the Treasury's Offset Program.  After the
6  order for EAJA fees, expenses and costs is entered, the government will determine whether they
7  are subject to any offset.
8   Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the
9  Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause
10  the payment of fees, expenses and costs to be made directly to Bess Brewer, pursuant to the
11  assignment executed by Plaintiff, if there is an assignment.  Any payments made shall be
12  delivered to Plaintiff's counsel.
13   This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
14  attorney fees, expenses and costs, and does not constitute an admission of liability on the part of
15  Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release
16  from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to
17  EAJA attorney fees and expenses and costs in connection with this action.
18   This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
19  Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

20
21                                                      Respectfully submitted,
22  Dated: October 8, 2014                              */s/Bess Brewer*
                                                        BESS BREWER
23                                                      Attorney for Plaintiff
                                                        [as authorized by telephone]
24
25  /////
26  /////
27  /////
28

-2-

Dated:  October 8, 2014               BENJAMIN B. WAGNER
                                      United States Attorney
                                      DONNA L. CALVERT
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration
                                By:   */s/ Theophous H. Reagans*
                                      THEOPHOUS H. REAGANS
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  October 9, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-3-